ERIE COUNTY WATER AUTHORITY, Respondent-Appellant, v. WESTERN NEW YORK WATER COMPANY, Appellant-Respondent, et al., Defendants.— All concur. (Cross appeals from an order granting an examination of defendant water company before trial, but limiting the extent of the examination.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 1134.]

JOHN BONGIOVANNI, Respondent, v. JOANNE ZAWALIK et al., Appellants.— All concur. (Appeal from a judgment for plaintiff in an action to foreclose a mechanic's lien.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

ROCHESTER TAXICABS, INC., Appellant, v. NILES G. TOLF et al., Respondents.— All concur. (Appeal from a judgment of Monroe County Court, BRASSER, J., affirming a judgment of Rochester City Court, WILDER, J., for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

WILLIAM A. P. EVANS, Appellant, v. NELLA W. EVANS, Respondent.— All concur. (Appeal from a judgment for defendant in an action for annulment.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

THOMAS MITCHELL, JR., as Administrator of the Estate of JOHN SCHWANDNER, Deceased, Appellant, v. FRED CARLO, Defendant, and WILLIAM H. SLATE, Respondent.— Appeal dismissed, without costs, upon stipulation.

BERNICE SCHWANDNER, Appellant, v. FRED CARLO, Defendant, and WILLIAM H. SLATE, Respondent.— All concur. (Appeal from a judgment for defendant Slate for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 1134.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. BERNER, Appellant.— All concur, except Piper and Wheeler, JJ., who dissent and vote for reversal and for dismissal of the indictment on the ground that the evidence does not establish defendant's guilt beyond a reasonable doubt. (See *People* v. *Gardner*, 255 App. Div. 683.) (Appeal from a judgment convicting defendant of criminal negligence. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.